UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2024 AUG 21  AM 10: 04

CLERK
BY _____
DEPUTY CLERK

| | |
|---|---|
| HOWARD F. BRONSON, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 2:24-cv-418 |
| GREG LEDUC, | ) |
| Defendant. | ) |

## ORDER

A review of the docket in this case reveals the following:

1. On April 17, 2024, Defendant Greg Leduc filed a motion to dismiss self-represented Plaintiff Howard F. Bronson's Complaint. Plaintiff's response was due by May 20, 2024.

2. On May 30, 2024, Defendant represented that Plaintiff had emailed him an "objection" to the motion to dismiss. *See* Doc. 19 at 1 n.1.

3. Plaintiff has not filed anything with the court as of the date of this Order.

Plaintiff shall respond to Defendant's Motion to Dismiss (Doc. 2), or show cause why no response is required, on or before September 13, 2024. Should Plaintiff fail to respond by that date, the action may be dismissed for the reasons stated in the motion.

SO ORDERED.

Dated at Burlington, in the District of Vermont, this 21st day of August, 2024.

/s/ Geoffrey W. Crawford
U.S. District Judge